UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:15CR208 ERW |
| SUSAN HAMPE, | ) ) ) |
| Defendant. | ) |

### RESPONSE TO MOTION TO TRAVEL

COMES NOW the United States of America, by and through United States Attorney Richard G. Callahan and his undersigned assistant and states it has no objection to the Defendant being allowed to travel to visit her family. The Motion states December 3, 2015 is a Friday. On consultation with the Defendant, the undersigned understands the Defendant's Motion to request travel between Friday, December 4, 2015 after her sentencing hearing is completed with a return on Sunday December 6, 2015. The government has no objection to travel on those dates.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

/s/ Thomas C. Albus
Assistant U.S. Attorney

A true and correct copy of the foregoing was electronically served on counsel for the Defendant by means of the Court's electronic filing system on December 1, 2015.

/s/ Thomas C. Albus