# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:15CR00208 ERW |
| ) | |
| SUSAN HAMPE, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter comes before the Court on Defendant Susan Hampe's Motion to Travel [ECF No. 37].

Defendant Susan Hampe requests the Court grant her leave to travel to Branson, Missouri from December 3, 2015, through December 5, 2015. Defendant states she will be staying at 77 Chandler Lane, Branson West, MO 65737.

**IT IS HEREBY ORDERED** that Defendant's Motion to Travel [ECF No. 37] is **GRANTED** provided Defendant Hampe provides to the United States Probation Office the exact dates of travel, address and phone number of the place and person whom Defendant will reside with during the travel period, and mode of transportation (if by bus or plane, flight arrangements/bus schedule).

So Ordered this 3rd day of December, 2015.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE